# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

SUCCESSION OF ARTHUR ANDREW
ARSENEAUX, JR.

NO. 2022 CW 0331

**APRIL 1, 2022**

---

In Re: John Philip Arseneaux, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2015-30516.

---

**BEFORE: McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT GRANTED.** The district court's February 9, 2022 orders, which vacated the January 7, 2022 order of appeal and which set a contempt hearing and ordered Steven Griffith, Sr. to appear in court on April 5, 2022, are vacated. The district court was divested of jurisdiction upon the granting of the January 7, 2022 order of appeal. See La. Code Civ. P. art. 2088. Plaintiff, John Philip Arseneaux's, suspensive appeal shall proceed pursuant to the January 7, 2022 order of appeal.

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

_Lyla DuBheau_
DEPUTY CLERK OF COURT
FOR THE COURT